# CIVIL DOCKET, 212 Judicial District Court, Galveston County      Cause      09CV1729

| STYLE OF CASE | ATTORNEYS | KIND OF ACTION | | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| CARNIVAL CORPORATION, ET AL | JUSTIN W. R., RENSHAW | | | SEPTEMBER | 23 | 2009 |
| -vs- | | PETITION-JUDICIAL REVIEW | | | | |
| BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS | James Crouson (512) 475-4300 | | | | | |

| Date of Orders | ORDERS OF COURT | Minute Book | | REMARKS |
|---|---|---|---|---|
| | | Vol. | Page | |
| 09-25-09 | Status Conference set for 12-23-09 at 9:00 a.m.  SC/db | | | |
| 11-9-09 | Application to Temporary Restraining Order Signed and granted, hearing on Oct 23 at 3:30 per order filed in E | | | |
| 1-19-00 | Hearing on Plea Juris  Pleas to the Jurisdiction Granted Proceedes — | | | 1-25-10  File Num Cut B orders Signed M |
| 1-05-10 | Copy to Attys of orders Sent 1/15/10 9:15a SC/jc | | | |
| 2-5-10 | Orders Granting Pleas to Juris  Ser | | | |

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**      **DATE OF REQUEST** ___**10-06-09**___

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number ___**09-CV-1729**___ in the ___**212th**___ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

___**XX**___ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

_____ Temporary Restraining Order/Temporary Injunction

Other - please specify _____

**ISSUE SERVICE TO:**

Name _____ **Eddie Janek**_____

By serving, it's _____

Address ___**7908 Channelview Drive**_____

City, State, Zip _____ **Galveston, TX 77554**_____

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

___**XX**___ District Clerk to serve via certified mail return receipt requested

_____ Call Attorney for pick up @ phone number

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # _____ located at address

Date fees paid ___**10/06/09**___        Amount/Method of payment _____ **check**___

Signature of attorney requesting issuance of service _____

*Service will not be issued without signature*

11/8/09 on 1 ct B&D by Carter (s)        1st Amended Petit.

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**          DATE OF REQUEST **10-06-09**

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number **09-CV-1729**          in the **212th**          Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

**xx** ___ Citation (serves copy of Petition)

___ Precept (serves copy of a hearing/show cause order or other document)

___ Temporary Restraining Order/Temporary Injunction

Other - please specify _____

**ISSUE SERVICE TO:**

Name __ **Vandy Anderson** __

By serving, it's _____

Address **~~6917xVxxWxixxxR~~  6917 Weis Drive**

City, State, Zip **Galveston, TX  77551**

**Upon completion of issuance I request that (check only one) the clerk to**

___ Send to the Galveston County Sheriff

**xx** ___ District Clerk to serve via certified mail return receipt requested

___ Call Attorney for pick up @ phone number

___ Mail to Attorney at address shown in the petition

___ Send to the Galveston County Constable's office precinct # ____ located at address

Date fees paid __ **10-06-09** __          Amount/Method of payment __ **check** __

| | |
|---|---|
| Signature of attorney requesting issuance of service | |
| | *Service will not be issued without signature* |

*Handwritten at bottom:* 11/4/09 ~~ 1 Cit @ 8⁰⁰ Cert M ☺ First Am

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**          **DATE OF REQUEST** ___10-06-09___

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number **09-CV-1729**_____  in the ___**212th**___ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

___**xx**___ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

_____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name ___**Sally H. Prill**_____

By serving, it's _____

Address ___**20 Adler Circle**_____

City, State, Zip ___**Galveston, Texas   77551**_____

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

__X__ District Clerk to serve via certified mail return receipt requested

_____ Call Attorney for pick up @ phone number

_____

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # _____ located at address

_____

Date fees paid ___**10-06-09**_____     Amount/Method of payment ___**check**_____

| Signature of attorney requesting issuance of service |
|---|
| *Service will not be issued without signature* |

11/4/09  ✓  1 cit @ 8⁰⁰ Cert m   First Amario

**STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED**

**REQUEST FOR ISSUANCE OF SERVICE**          **DATE OF REQUEST** __10-06-09__

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number   **09-CV-1729**             in the   **212th**   Court of Galveston County, Texas

Type of service requested – please check each type when requesting multiple service documents

_____**XX**_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

_____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _____**James E. Toups**_____

By serving, it's _____

Address ___**2022 Morning Lake Drive**_____

City, State, Zip   **League City, TX   775734**_____

Upon completion of issuance I request that (check only one) the clerk to

_____ Send to the Galveston County Sheriff

__**XX**__ District Clerk to serve via certified mail return receipt requested

_____ Call Attorney for pick up @ phone number

_____

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address

_____

Date fees paid   **10-06-09**_____   Amount/Method of payment __**check**___

| Signature of attorney requesting issuance of service _____ |
| *Service will not be issued without signature* |

11/4/09 ✓ 1 cit e 8° by cert m (✓)          First Amended

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**          DATE OF REQUEST ___10/06/09___

SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)

Case Number__09-CV-1729_____ in the __212th___ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

___XX___ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

_____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name ___**Diane Kerkhove**_____

By serving, it's _____

Address __**109 Royal Drive**_____

City, State, Zip ___**League City, TX** ~~77~~ **77573**_____

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

___XX___ District Clerk to serve via certified mail return receipt requested

_____ Call Attorney for pick up @ phone number

_____

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address

_____

Date fees paid ___**10-06-09**___       Amount/Method of payment ___**check**___

| Signature of attorney requesting issuance of service _____ |
| --- |
| *Service will not be issued without signature |

11/04/09  m  1 Cit @ 8⁰ Cert M   First Amended

CIVIL CITATION

THE STATE OF TEXAS

09CV1729 - 212TH

CARNIVAL CORPORATION, ET AL
VS
BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

TO: JAMES E. TOUPS
    2022 MORNING LAKE DRIVE, LEAGUE CITY, TEXAS 77573 OR
    WHEREVER HE MAY BE FOUND

DEFENDANT: Greeting:

    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Ste. 4001, Galveston, Texas 77551-2388. The case is presently pending before the 212TH Judicial District Court of Galveston County sitting in Galveston, Texas, wherein, THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES A/K/A THE PORT OF GALVESTON AND GALVESTON PORT FACILITIES CORPORATION, Intervenors filed THEIR THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION complaining of and against (SEE ATTACHED PETITION FOR LISTED PARTIES) on the 21ST day of OCTOBER, 2009. It bears cause number 09CV1729 and all parties to the suit are evidenced by the pleadings on file in this cause.

    The nature of Intervenor's demand is fully shown by a true and correct copy of THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, accompanying this citation, and made a part hereof.

    The name and address of the intervenor or the attorney of record is:

ANTHONY P. BROWN, ATTORNEY
MCLEOD, ALEXANDER, POWEL & APFFEL, P.C.
802 ROSENBERG, P.O.BOX 629
GALVESTON, TEXAS 77553

    If this citation is not served, it shall be returned unserved.

    Issued and given under my hand and the seal of said court at Galveston, Texas, this the 21ST day of October, A.D., 2009.

                ATTEST:
                LATONIA D. WILSON
                District Clerk, Galveston County, Texas

                By _____, Deputy
                    TERRIE KAHLA

**NOTE:**
    A STATUS CONFERENCE HAS BEEN SET FOR **DECEMBER 23, 2009** in the
    District Court AT **9:00 A.M.**

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

    Came to hand on _2nd_ day of _October, 2009_ at _11_ o'clock _A.m._ and executed in _Galveston_ County, Texas by delivering to the within named defendant JAMES E. TOUPS , in person or by registered or certified mail, return receipt requested, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, at the following times and places, to-wit:

| NAME | DATE | TIME OF SERVICE | PLACE |
|---|---|---|---|
| James Toups | 10-22-09 | 5pm | 2022 Morning Lake |
| Ryan Little 5816 | | | League, TX 77573 |

Fees - Serving _Ryan Little 5816_
Name of Officer or Authorized & Disinterested Person
Amount $ _____ _Galveston_ County, Texas

By _Ryan Little 5816_
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
    On this day personally appeared _Ryan Little_ , known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

    Sworn to and subscribed before me, on this _23rd_ day of _October_ , 2009.
        Notary's Name Printed: _Diana Connelly_
        Notary Public _Diana Connelly_
        In and for the State of Texas
        Commission Expires: _May 30, 2011_

                              11/16/09

DIANA CONNELLY
Notary Public, State of Texas
My Commission Expires
May 30, 2011

CIVIL CITATION

THE STATE OF TEXAS

09CV1729 - 212TH

CARNIVAL CORPORATION, ET AL
VS
BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

TO: EDDIE JANEK
7908 CHANNELVIEW DRIVE
GALVESTON, TEXAS 77554  OR
WHEREVER HE MAY BE FOUND

DEFENDANT: Greeting:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Ste. 4001, Galveston, Texas 77551-2388. The case is presently pending before the 212TH Judicial District Court of Galveston County sitting in Galveston, Texas, wherein, THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES A/K/A THE PORT OF GALVESTON AND GALVESTON PORT FACILITIES CORPORATION, Intervenors filed THEIR  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION complaining of and against (SEE ATTACHED PETITION FOR LISTED PARTIES) on the 21ST day of OCTOBER, 2009. It bears cause number 09CV1729 and all parties to the suit are evidenced by the pleadings on file in this cause.

The nature of Intervenor's demand is fully shown by a true and correct copy of  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, accompanying this citation, and made a part hereof.

The name and address of the intervenor or the attorney of record is:

ANTHONY P. BROWN, ATTORNEY
MCLEOD, ALEXANDER, POWEL & APFFEL, P.C.
802 ROSENBERG, P.O.BOX 629
GALVESTON, TEXAS 77553

If this citation is not served, it shall be returned unserved.

Issued and given under my hand and the seal of said court at Galveston, Texas, this the 21ST day of October, A.D., 2009.

ATTEST:
LATONIA D. WILSON
District Clerk, Galveston County, Texas

By _____ , Deputy
TERRIE KAHLA

NOTE:
A STATUS CONFERENCE HAS BEEN SET FOR **DECEMBER 23, 2009** in the
District Court AT **9:00 A.M.**

═══════════════════════════════════════════════════════════════

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

Came to hand on _____ day of _October_, 200_ at ___ o'clock ___ County, Texas by delivering to the within named defendant EDDIE JANEK , in person or by registered or certified mail, return receipt requested, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, at the following times and places, to-wit:

| NAME Eddie Janek | DATE | TIME OF SERVICE | PLACE |
|---|---|---|---|
| Ryan Little 5816 | 10-22-09 | 12 pm | 7908 chanelview Galveston, TX 77554 |

Fees - Serving ___ Ryan Little ___
Name of Officer or Authorized & Disinterested Person
Amount $ ___ Galveston ___ County, Texas

By ___ Ryan Little 5816 ___
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:  Ryan Little
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this 23rd day of October , 2009.

_____.  Notary's Name Printed: Diana Connelly
Notary Public  Diana Connelly
In and for the State of Texas
Commission Expires: May 30, 2011

11/16/09

DIANA CONNELLY
Notary Public, State of Texas
My Commission Expires
May 30, 2011

CIVIL CITATION

THE STATE OF TEXAS

09CV1729 - 212TH

CARNIVAL CORPORATION, ET AL
VS
BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

TO: VANDY ANDERSON
   6917 WEIS DRIVE, GALVESTON, TEXAS 77551 OR
   WHEREVER HE MAY BE FOUND

DEFENDANT: Greeting:

   You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Ste. 4001, Galveston, Texas 77551-2388. The case is presently pending before the 212TH Judicial District Court of Galveston County sitting in Galveston, Texas, wherein, THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES A/K/A THE PORT OF GALVESTON AND GALVESTON PORT FACILITIES CORPORATION, Intervenors filed THEIR  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION complaining of and against (SEE ATTACHED PETITION FOR LISTED PARTIES) on the 21ST day of OCTOBER, 2009. It bears cause number 09CV1729 and all parties to the suit are evidenced by the pleadings on file in this cause.

   The nature of Intervenor's demand is fully shown by a true and correct copy of  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, accompanying this citation, and made a part hereof.

   The name and address of the intervenor or the attorney of record is:

ANTHONY P. BROWN, ATTORNEY
MCLEOD,ALEXANDER,POWEL & APFFEL, P.C.
802 ROSENBERG, P.O.BOX 629
GALVESTON, TEXAS 77553

   If this citation is not served, it shall be returned unserved.

   Issued and given under my hand and the seal of said court at Galveston, Texas, this the 21ST day of October, A.D., 2009.

                                        ATTEST:
                                        LATONIA D. WILSON
                                        District Clerk, Galveston County, Texas

                                        By _____, Deputy
                                             TERRIE KAHLA

NOTE:
        A STATUS CONFERENCE HAS BEEN SET FOR **DECEMBER 23, 2009** in the
        District Court AT **9:00 A.M.**

---

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN
        Came to on hand on _____ day of _____, 2009 at ____ o'clock ____ m., and executed in _____ County, Texas by delivering to the within named defendant VANDY ANDERSON, in person or by registered or certified mail, return receipt requested, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, at the following times and places, to-wit:

| NAME | DATE | TIME OF SERVICE | PLACE |
|------|------|-----------------|-------|
| Vandy Anderson  Ryan Little 5816 | 10-22-9 | 12 pm | 300 University Galveston TX 77551 |

Fees - Serving _____
Name of Officer or Authorized & Disinterested Person  Ryan Little 5816
Amount $ _____ _____ County, Texas

By _____ Ryan Little 5816 _____
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification: Ryan Little
   On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

   Sworn to and subscribed before me, on this 23rd day of October, 2009.
        _____. Notary's Name Printed: Diana Connelly
        Notary Public  Diana Connelly
        In and for the State of Texas
        Commission Expires: May 30, 2011

11/6/09

DIANA CONNELLY
Notary Public, State of Texas
My Commission Expires
May 30, 2011

CIVIL CITATION

THE STATE OF TEXAS

09CV1729 - 212TH

CARNIVAL CORPORATION, ET AL
VS
BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

TO: SALLY H. PRILL
    20 ADLER CIRCLE
    GALVESTON, TEXAS 77551  OR
    WHEREVER HE MAY BE FOUND

DEFENDANT: Greeting:

    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Ste. 4001, Galveston, Texas 77551-2388. The case is presently pending before the 212TH Judicial District Court of Galveston County sitting in Galveston, Texas, wherein, THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES A/K/A THE PORT OF GALVESTON AND GALVESTON PORT FACILITIES CORPORATION, Intervenors filed THEIR  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION complaining of and against (SEE ATTACHED PETITION FOR LISTED PARTIES) on the 21ST day of OCTOBER, 2009. It bears cause number 09CV1729 and all parties to the suit are evidenced by the pleadings on file in this cause.

    The nature of Intervenor's demand is fully shown by a true and correct copy of  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, accompanying this citation, and made a part hereof.

    The name and address of the intervenor or the attorney of record is:

ANTHONY P. BROWN, ATTORNEY
MCLEOD,ALEXANDER,POWEL & APFFEL, P.C.
802 ROSENBERG, P.O.BOX 629
GALVESTON, TEXAS 77553

    If this citation is not served, it shall be returned unserved.

    Issued and given under my hand and the seal of said court at Galveston, Texas, this the 21ST day of October, A.D., 2009.

                    ATTEST:
                    LATONIA D. WILSON
                    District Clerk, Galveston County, Texas
                    By _____, Deputy
                    TERRIE KAHLA

NOTE:
    A STATUS CONFERENCE HAS BEEN SET FOR **DECEMBER 23, 2009** in the District Court AT **9:00 A.M.**

---

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

    Came to hand on ...22 day of October, 20 05 at .11.... o'clock ....A.M.., and executed in Galveston County, Texas by delivering to the within named defendant SALLY H. PRILL , in person or by registered or certified mail, return receipt requested, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the  THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, at the following times and places, to-wit:

| NAME Sally Prill 5816 | DATE | TIME OF SERVICE | PLACE |
|---|---|---|---|
| Ryan Little 5816 | 10-22-09 | 2 pm | 20 Adler circle Galveston TX 77551 |

Fees - Serving      Ryan Little 5816
Name of Officer or Authorized & Disinterested Person
Amount $ _____ Galveston _____ County, Texas

    By   Ryan Little 5816
Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification: Ryan Little
    On this day personally appeared Ryan Little_____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

    Sworn to and subscribed before me, on this 23rd day of October , 2009.
    Notary's Name Printed: Diana Connelly
    Notary Public Diana Connelly
    In and for the State of Texas
    Commission Expires: May 30, 2011      11/16/09

DIANA CONNELLY
Notary Public, State of Texas
My Commission Expires
May 30, 2011

CIVIL CITATION

THE STATE OF TEXAS

09CV1729 - 212TH

CARNIVAL CORPORATION, ET AL
VS
BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

TO: DIANE KERKHOVE
 109 ROYAL DRIVE
 LEAGUE CITY, TEXAS 77573 OR
 WHEREVER HE MAY BE FOUND

DEFENDANT: Greeting:

  You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition, a default judgment may be taken against you. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Ste. 4001, Galveston, Texas 77551-2388. The case is presently pending before the 212TH Judicial District Court of Galveston County sitting in Galveston, Texas, wherein, THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES A/K/A THE PORT OF GALVESTON AND GALVESTON PORT FACILITIES CORPORATION, Intervenors filed THEIR THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION complaining of and against (SEE ATTACHED PETITION FOR LISTED PARTIES) on the 21ST day of OCTOBER, 2009. It bears cause number 09CV1729 and all parties to the suit are evidenced by the pleadings on file in this cause.

  The nature of Intervenor's demand is fully shown by a true and correct copy of THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, accompanying this citation, and made a part hereof.

  The name and address of the intervenor or the attorney of record is:

ANTHONY P. BROWN, ATTORNEY
MCLEOD, ALEXANDER, POWEL & APFFEL, P.C.
802 ROSENBERG, P.O. BOX 629
GALVESTON, TEXAS 77553

  If this citation is not served, it shall be returned unserved.

  Issued and given under my hand and the seal of said court at Galveston, Texas, this the 21ST day of October, A.D., 2009.

      ATTEST:
      LATONIA D. WILSON
      District Clerk, Galveston County, Texas

      By _Terrie Kahla_, Deputy
      TERRIE KAHLA

NOTE:
 A STATUS CONFERENCE HAS BEEN SET FOR **DECEMBER 23, 2009** in the
 District Court AT **9:00 A.M.**

OFFICER'S OR AUTHORIZED & DISINTERESTED PERSON'S RETURN

  Came to hand on ____ day of _October_, 20__ at ___ o'clock ____, and executed in _Galveston_ County, Texas by delivering to the within named defendant DIANE KERKHOVE , in person or by registered or certified mail, return receipt requested, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the THE BOARD OF TRUSTEES OF THE GALVESTON WHARVES AND GALVESTON PORT FACILITIES CORPORATION'S ORIGINAL PETITION IN INTERVENTION, at the following times and places, to-wit:

| NAME | DATE | TIME OF SERVICE | PLACE |
|------|------|-----------------|-------|
| Diane Kerkhove | | | |
| Ryan Little 5816 | 10-22-09 | 2pm | 109 Royal Dr |
| | | | League City, TX 77573 |

Fees - Serving ___Ryan Little 5816_____
Name of Officer or Authorized & Disinterested Person
Amount $ _____ _Galveston_____ County, Texas

  By _Little 5816_
  Signature of Deputy or Authorized & Disinterested Person

Authorized & Disinterested Person's Verification:
  On this day personally appeared ___Ryan Little___ , known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

  Sworn to and subscribed before me, on this _23rd_ day of _October_ , 2009.

_____. Notary's Name Printed: _Diana Connelly_
  Notary Public _Diana Connelly_
  In and for the State of Texas
  Commission Expires: _May 30, 2011_

DIANA CONNELLY
Notary Public, State of Texas
My Commission Expires
May 30, 2011

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**     **DATE OF REQUEST** _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09 CV 1729_____ in the _212 th_____ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

_____✓_____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _Vandy Anderson_____

By serving, it's _____

Address _6917 Weis Drive_____

City, State, Zip _Galveston, Tx. 77551_____

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

_____✓___ Call Attorney for pick up @ phone number  _Process Server_
_409-938-8044 (Evelyn Robism)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address

_____

Date fees paid _____     Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
*Service will not be issued without signature*

CAUSE NO. 09CV1729

| | | |
|---|---|---|
| CARNIVAL CORPORATION; | § | IN THE DISTRICT COURT OF |
| ROYAL CARIBBEAN CRUISES, LTD.; | § | |
| and THE FLORIDA-CARIBBEAN | § | |
| CRUISE ASSOCIATION, | § | |
| | § | |
| Plaintiffs | § | |
| | § | GALVESTON COUNTY, TEXAS |
| vs. | § | |
| | § | |
| THE BOARD OF PILOT COMMISSIONERS | § | |
| FOR GALVESTON COUNTY PORTS; | § | |
| VANDY ANDERSON; JAMES E. TOUPS; | § | |
| SALLY H. PRILL; EDDIE JANEK; and | § | |
| DIANE KERKHOVE | § | |
| | § | |
| Respondents. | § | 212th JUDICIAL DISTRICT |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

The Board of Trustees of the Galveston Wharves, also known as the Port of Galveston (hereafter "Port of Galveston") and Galveston Port Facilities Corporation (hereafter "GPFC"), Intervenors in this cause, have filed a verified Petition for a Temporary Injunction and, in connection therewith, have presented a request for a Temporary Restraining Order, as set out in their Petition in Intervention filed in this cause. It clearly appears from the facts set forth in their verified Petition that the Board of Pilot Commissioners of Galveston County (the "Pilot Board") previously voted to eliminate the requirement of a second pilot on certain cruise line vessels calling on the Port of Galveston, that the Pilot Board has failed to amend and update its tariff rate schedule to reflect this vote, and that within one (1) year of the date of that vote the Pilot Board initially convened a hearing on a new application for rate increase filed by the Galveston County Pilots, that the Pilot Board has not agreed to postpone or abate that hearing pending a determination by this Court, and that unless the Board of Pilot Commissioners of Galveston

1

County are immediately restrained from conducting the hearing, the Board intends to proceed before Notice can be given and a hearing is held on Intervenors' Motion for a Temporary Injunction, pending in this Court, causing Intervenors to suffer irreparable injury. Further, they require protection in order to fully preserve this Court's jurisdiction over these issues, pending trial on the merits of this Cause.

IT IS THEREFORE ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, be, and hereby are commanded forthwith to desist and refrain from holding any hearings on Applications for Rate Increases filed by the Galveston County Pilots from the date of entry of this Order until and to the fourteenth (14) day after entry hereof, or until further Order of this Court.

IT IS FURTHER ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, appear before me, Judge of the above-named Court on _11-23-09_, 2009 at _9:30_o'clock _95_ _A_.m. in the Courtroom of the 212th District Court in the Galveston County Justice Center in Galveston, Galveston County, Texas, then and there to show cause, if any there be, why a temporary injunction should not be issued as requested by the Intervenors. The Clerk of the Court is hereby directed to issue a Show Cause Notice to Defendants to appear at the Temporary Injunction hearing. The Clerk of the above-entitled Court shall forthwith, on the filing by Intervenors of the Bond hereinafter required, and on approving same according to the law, issue a Temporary Restraining Order in conformity with the law, and the terms of this Order.

This Order shall not be effective unless and until Intervenors execute and file with the Clerk a Bond, in conformity with the law, in the amount of Two Hundred Fifty dollars ($250.00).

Signed this ___ day of ___ Nov _____, 2009 at ____ o'clock ___.m.

_____
JUDGE PRESIDING

# STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**    **DATE OF REQUEST** _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09 CV 1729_    in the _212th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

____✓____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _Sally H. Prill_

By serving, it's _____

Address _20 Adler Circle_

City, State, Zip _Galveston, TX. 77551_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

____✓____ ~~Call Attorney~~ _Process Server_ for pick up @ phone number
_(409) 938-8044 (Evelyn Robison)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address
_____

Date fees paid _____    Amount/Method of payment _____

Signature of attorney requesting issuance of service _____

*Service will not be issued without signature*

'09 NOV -9 PM 3:33
DISTRICT CLERK
GALVESTON COUNTY, TX.

CAUSE NO. 09CV1729

| | | |
|---|---|---|
| CARNIVAL CORPORATION; | § | IN THE DISTRICT COURT OF |
| ROYAL CARIBBEAN CRUISES, LTD.; | § | |
| and THE FLORIDA-CARIBBEAN | § | |
| CRUISE ASSOCIATION, | § | |
| | § | |
| Plaintiffs | § | |
| | § | GALVESTON COUNTY, TEXAS |
| vs. | § | |
| | § | |
| THE BOARD OF PILOT COMMISSIONERS | § | |
| FOR GALVESTON COUNTY PORTS; | § | |
| VANDY ANDERSON; JAMES E. TOUPS; | § | |
| SALLY H. PRILL; EDDIE JANEK; and | § | |
| DIANE KERKHOVE | § | |
| | § | |
| Respondents. | § | 212th JUDICIAL DISTRICT |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

The Board of Trustees of the Galveston Wharves, also known as the Port of Galveston (hereafter "Port of Galveston") and Galveston Port Facilities Corporation (hereafter "GPFC"), Intervenors in this cause, have filed a verified Petition for a Temporary Injunction and, in connection therewith, have presented a request for a Temporary Restraining Order, as set out in their Petition in Intervention filed in this cause.  It clearly appears from the facts set forth in their verified Petition that the Board of Pilot Commissioners of Galveston County (the "Pilot Board") previously voted to eliminate the requirement of a second pilot on certain cruise line vessels calling on the Port of Galveston, that the Pilot Board has failed to amend and update its tariff rate schedule to reflect this vote, and that within one (1) year of the date of that vote the Pilot Board initially convened a hearing on a new application for rate increase filed by the Galveston County Pilots, that the Pilot Board has not agreed to postpone or abate that hearing pending a determination by this Court, and that unless the Board of Pilot Commissioners of Galveston

County are immediately restrained from conducting the hearing, the Board intends to proceed before Notice can be given and a hearing is held on Intervenors' Motion for a Temporary Injunction, pending in this Court, causing Intervenors to suffer irreparable injury. Further, they require protection in order to fully preserve this Court's jurisdiction over these issues, pending trial on the merits of this Cause.

IT IS THEREFORE ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, be, and hereby are commanded forthwith to desist and refrain from holding any hearings on Applications for Rate Increases filed by the Galveston County Pilots from the date of entry of this Order until and to the fourteenth (14) day after entry hereof, or until further Order of this Court.

IT IS FURTHER ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, appear before me, Judge of the above-named Court on _11- 23 - 09_ , 2009 at _9:30_ o'clock _P_ _A_.m. in the Courtroom of the 212th District Court in the Galveston County Justice Center in Galveston, Galveston County, Texas, then and there to show cause, if any there be, why a temporary injunction should not be issued as requested by the Intervenors. The Clerk of the Court is hereby directed to issue a Show Cause Notice to Defendants to appear at the Temporary Injunction hearing. The Clerk of the above-entitled Court shall forthwith, on the filing by Intervenors of the Bond hereinafter required, and on approving same according to the law, issue a Temporary Restraining Order in conformity with the law, and the terms of this Order.

This Order shall not be effective unless and until Intervenors execute and file with the

Clerk a Bond, in conformity with the law, in the amount of Two Hundred Fifty dollars ($250.00).

Signed this ____ day of ___Nov_____, 2009 at ++5⁰ o'clock ⏚.m.

_____

JUDGE PRESIDING

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**        **DATE OF REQUEST** 11-9-09

SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)

Case Number 09 CV 1729 _____ in the 212th Court of Galveston County, Texas

Type of service requested – please check each type when requesting multiple service documents

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

____✓____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name  JAmes E. Toups

By serving, it's _____

Address  2022 Morning Lake Drive

City, State, Zip  League city, TX. 77573

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

____✓____ Call Attorney for pick up @ phone number  *Process Server*
404 938-8044 (Evelyn Robison)

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # _____ located at address

_____

Date fees paid _____        Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
                                    *Service will not be issued without signature*

CAUSE NO. 09CV1729

| | | |
|---|---|---|
| CARNIVAL CORPORATION; | § | IN THE DISTRICT COURT OF |
| ROYAL CARIBBEAN CRUISES, LTD.; | § | |
| and THE FLORIDA-CARIBBEAN | § | |
| CRUISE ASSOCIATION, | § | |
| | § | |
| Plaintiffs | § | |
| | § | GALVESTON COUNTY, TEXAS |
| vs. | § | |
| | § | |
| THE BOARD OF PILOT COMMISSIONERS | § | |
| FOR GALVESTON COUNTY PORTS; | § | |
| VANDY ANDERSON; JAMES E. TOUPS; | § | |
| SALLY H. PRILL; EDDIE JANEK; and | § | |
| DIANE KERKHOVE | § | |
| | § | |
| Respondents. | § | 212th JUDICIAL DISTRICT |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

The Board of Trustees of the Galveston Wharves, also known as the Port of Galveston (hereafter "Port of Galveston") and Galveston Port Facilities Corporation (hereafter "GPFC"), Intervenors in this cause, have filed a verified Petition for a Temporary Injunction and, in connection therewith, have presented a request for a Temporary Restraining Order, as set out in their Petition in Intervention filed in this cause. It clearly appears from the facts set forth in their verified Petition that the Board of Pilot Commissioners of Galveston County (the "Pilot Board") previously voted to eliminate the requirement of a second pilot on certain cruise line vessels calling on the Port of Galveston, that the Pilot Board has failed to amend and update its tariff rate schedule to reflect this vote, and that within one (1) year of the date of that vote the Pilot Board initially convened a hearing on a new application for rate increase filed by the Galveston County Pilots, that the Pilot Board has not agreed to postpone or abate that hearing pending a determination by this Court, and that unless the Board of Pilot Commissioners of Galveston

County are immediately restrained from conducting the hearing, the Board intends to proceed before Notice can be given and a hearing is held on Intervenors' Motion for a Temporary Injunction, pending in this Court, causing Intervenors to suffer irreparable injury. Further, they require protection in order to fully preserve this Court's jurisdiction over these issues, pending trial on the merits of this Cause.

IT IS THEREFORE ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, be, and hereby are commanded forthwith to desist and refrain from holding any hearings on Applications for Rate Increases filed by the Galveston County Pilots from the date of entry of this Order until and to the fourteenth (14) day after entry hereof, or until further Order of this Court.

IT IS FURTHER ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, appear before me, Judge of the above-named Court on _11- 23 - 09_, 2009 at _9'30_ o'clock _95_ _A_.m. in the Courtroom of the 212th District Court in the Galveston County Justice Center in Galveston, Galveston County, Texas, then and there to show cause, if any there be, why a temporary injunction should not be issued as requested by the Intervenors. The Clerk of the Court is hereby directed to issue a Show Cause Notice to Defendants to appear at the Temporary Injunction hearing.  The Clerk of the above-entitled Court shall forthwith, on the filing by Intervenors of the Bond hereinafter required, and on approving same according to the law, issue a Temporary Restraining Order in conformity with the law, and the terms of this Order.

This Order shall not be effective unless and until Intervenors execute and file with the Clerk a Bond, in conformity with the law, in the amount of Two Hundred Fifty dollars ($250.00).

Signed this ___ day of ___ Nov ___, 2009 at ~~11:50~~ o'clock ⎵.m.

_____
JUDGE PRESIDING

# STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**      DATE OF REQUEST _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09 CV 1729_     in the _212th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

__√_____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _Diane Kerkhove_

By serving, it's _____

Address _109 Royal Drive_

City, State, Zip _League City, TX. 77573_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

__√_____ Call Attorney for pick up @ phone number   _process server_
_(409) 938-8044 (Evelyn Robison)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address
_____

Date fees paid _____      Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
                                          *Service will not be issued without signature

CAUSE NO. 09CV1729

| | |
|---|---|
| CARNIVAL CORPORATION;<br>ROYAL CARIBBEAN CRUISES, LTD.;<br>and THE FLORIDA-CARIBBEAN<br>CRUISE ASSOCIATION,<br><br>    Plaintiffs<br><br>vs.<br><br>THE BOARD OF PILOT COMMISSIONERS<br>FOR GALVESTON COUNTY PORTS;<br>VANDY ANDERSON; JAMES E. TOUPS;<br>SALLY H. PRILL; EDDIE JANEK; and<br>DIANE KERKHOVE<br><br>    Respondents. | IN THE DISTRICT COURT OF<br><br><br><br><br><br>GALVESTON COUNTY, TEXAS<br><br><br><br><br><br><br><br>212th JUDICIAL DISTRICT |

The §§ symbols appear between the two columns.

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

The Board of Trustees of the Galveston Wharves, also known as the Port of Galveston (hereafter "Port of Galveston") and Galveston Port Facilities Corporation (hereafter "GPFC"), Intervenors in this cause, have filed a verified Petition for a Temporary Injunction and, in connection therewith, have presented a request for a Temporary Restraining Order, as set out in their Petition in Intervention filed in this cause.  It clearly appears from the facts set forth in their verified Petition that the Board of Pilot Commissioners of Galveston County (the "Pilot Board") previously voted to eliminate the requirement of a second pilot on certain cruise line vessels calling on the Port of Galveston, that the Pilot Board has failed to amend and update its tariff rate schedule to reflect this vote, and that within one (1) year of the date of that vote the Pilot Board initially convened a hearing on a new application for rate increase filed by the Galveston County Pilots, that the Pilot Board has not agreed to postpone or abate that hearing pending a determination by this Court, and that unless the Board of Pilot Commissioners of Galveston

County are immediately restrained from conducting the hearing, the Board intends to proceed before Notice can be given and a hearing is held on Intervenors' Motion for a Temporary Injunction, pending in this Court, causing Intervenors to suffer irreparable injury. Further, they require protection in order to fully preserve this Court's jurisdiction over these issues, pending trial on the merits of this Cause.

IT IS THEREFORE ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, be, and hereby are commanded forthwith to desist and refrain from holding any hearings on Applications for Rate Increases filed by the Galveston County Pilots from the date of entry of this Order until and to the fourteenth (14) day after entry hereof, or until further Order of this Court.

IT IS FURTHER ORDERED that Vandy Anderson, Sally Prill, Eddie Janek, James Toups and Diane Kerkhove, as members of the Board of Pilot Commissioners of Galveston County, appear before me, Judge of the above-named Court on _11- 23 - 09_, 2009 at _9:30_ o'clock _A_.m. in the Courtroom of the 212th District Court in the Galveston County Justice Center in Galveston, Galveston County, Texas, then and there to show cause, if any there be, why a temporary injunction should not be issued as requested by the Intervenors. The Clerk of the Court is hereby directed to issue a Show Cause Notice to Defendants to appear at the Temporary Injunction hearing.  The Clerk of the above-entitled Court shall forthwith, on the filing by Intervenors of the Bond hereinafter required, and on approving same according to the law, issue a Temporary Restraining Order in conformity with the law, and the terms of this Order.

This Order shall not be effective unless and until Intervenors execute and file with the Clerk a Bond, in conformity with the law, in the amount of Two Hundred Fifty dollars ($250.00).

Signed this _____ day of _____ Nov _____, 2009 at ~~11:50~~ o'clock ⌐.m.

_____
JUDGE PRESIDING

Citation Personal Service

## CITATION
## THE STATE OF TEXAS
CASE NO. 09CV1729 - 212TH District Court

Certified Article Number

7160 3901 9845 1293 9410

SENDERS RECORD

### CARNIVAL CORPORATION, ET AL

### VS.

### BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

Issued To: SALLY H. PRILL, 20 ADLER CIRCLE, GALVESTON, TEXAS 77551

Defendant Greetings:

    NOTICE TO DEFENDANT: You have been sued. You may employ an Attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. The **First Amended** petition was filed on the **29TH** day of **October 2009** in cause number **09CV1729** pending before the **212TH District Court** of Galveston County, Texas. See attached **First Amended Petition** for named parties to the suit.

    The name and address of the Pro Se party or Attorney: JUSTIN W.R. RENSHAW, 1331 LAMAR, SUITE 1560, HOUSTON, TEXAS 77010

    The nature of the demand of the Plaintiff is shown by a true and correct copy of the **First Amended** Petition attached to this citation.

    If this citation is not served it shall be returned unserved.
    Issued and given under my hand and seal of Court at Office, on   NOVEMBER 4, 2009 A.D.
A Status Conference is set for: **12-23-2009 AT 9:00 A.M.**
**Please refer to and complete the attached Status Conference Sheet. Upon completion, please return to Clerk of Court.**

             **LATONIA D. WILSON, District Clerk, Galveston County, Texas,**
             **600 59th Street, Suite 4001, Galveston, Texas 77551**

By _Lelia Stubblefield_
    Lelia Stubblefield, Deputy Clerk

====================================================

### OFFICER'S RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock at ____M. Executing Within the County of _Galveston_, at _____ o'clock _____.M. on the _10th_ day of _November, 2009_. By delivering to the within the named Defendant by serving at: _20 Adler Circle, Galveston, TX 77551_

Each in person a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.
Total fee for serving citation $ _65.00_    _Latonia D. Wilson_

          Name of Officer or Authorized & Disinterested Person
         _Galveston_____, County, Texas
By: _Lelia Stubblefield_, Signature of Deputy of Authorized & Disinterested Person
Authorized & Disinterested person's Verification:
On this the day personally appeared_____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
    Sworn to and subscribed before me, on this the _____ day of _____, _____
    Notary's Name Printed:_____
    Notary Public in and for the State of Texas_____
Commission Expires:_____

LATONIA D. WILSON
CLERK DISTRICT COURT
FILED
11:13 am
NOV 09 2009
coded
GALVESTON COUNTY, TEXAS
BY _Lelia Stubblefield_
Deputy

11/30/09

2. Article Number

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7160 3901 9845 1293 9410

A. Received by (Please Print Clearly) | B. Date of Delivery

11-6-9

C. Signature

X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

SALLY H. PRILL
20 ADLER CIRCLE
GALVESTON, TX 77551

**Reference Information**

09CV1724 - 21246

Sender: Lelia Stubblefield

PS Form 3811, January 2005        Domestic Return Receipt

Citation Personal Service

**CITATION**

THE STATE OF TEXAS

CASE NO. 09CV1729 - 212TH District Court

**Certified Article Number**

**7160 3901 9845 1293 9373**

**SENDERS RECORD**

**CARNIVAL CORPORATION, ET AL**

VS.

**BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS**

Issued To:  JAMES E. TOUPS, 2022 MORNING LAKE DRIVE, LEAGUE CITY, TEXAS 77573

Defendant Greetings:

NOTICE TO DEFENDANT: You have been sued.  You may employ an Attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  The **First Amended** petition was filed on the 29TH day of **October 2009** in cause number 09CV1729 pending before the 212TH District Court of Galveston County, Texas.  See attached **First Amended** Petition for named parties to the suit.

The name and address of the Pro Se party or Attorney: JUSTIN W.R. RENSHAW, 1331 LAMAR, SUITE 1560, HOUSTON, TEXAS 77010

The nature of the demand of the  Plaintiff is shown by a true and correct copy of the  **First Amended** Petition attached to this citation.

If this citation is not served it shall be returned unserved.

Issued and given under my hand and seal of Court at Office, on   NOVEMBER 4, 2009 A.D.

A Status Conference is set for: 12-23-2009 AT 9:00 A.M.

**Please refer to and complete the attached Status Conference Sheet. Upon completion, please return to Clerk of Court.**

**LATONIA D. WILSON, District Clerk, Galveston County, Texas,**
**600 59th Street, Suite 4001, Galveston, Texas 77551**

By *Lelia Stubblefield*

**Lelia Stubblefield, Deputy Clerk**

===================================================================

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, _____ at _____ o'clock at _____M. Executing
Within the County of _Galveston_, at _____ o'clock _____M. on the _13th_ day of
_November_ _2009_.By delivering to the within the named Defendant by serving at:
_2022 morning lake drive league city Tx 77573_
Each in person a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.
Total fee for serving citation $_105.00_

_Latonia D. Wilson_
Name of Officer or Authorized & Disinterested Person
_Galveston_, County, Texas
By:_Lelia Stubblefield_, Signature of Deputy of Authorized & Disinterested Person
Authorized & Disinterested person's Verification:
On this the day personally appeared_____, known to me to be the person whose signature appears on the foregoing return.  After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
Sworn to and subscribed before me, on this the _____ day of _____, _____
Notary's Name Printed:_____
Notary Public in and for the State of Texas_____
Commission Expires:_____

_11/30/09_

LATONIA D. WILSON
CLERK DISTRICT COURT
FILED
IN 13am
NOV 09 2009
GALVESTON COUNTY
BY



**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery? (Extra Fee)**

**1. Article Addressed to:**

JAMES E. TOUPS
2022 MORNING LAKE DRIVE
LEAGUE CITY, TX 77573

LEAGUE CITY TX 77573-9998
NOV 6 2009
USPS

**Reference Information**

09CV1729-212TH

Sender  Lelia Stubblefield

PS Form 3811, January 2005.          Domestic Return Receipt

---

7160 3901 9845 1293 9373

**TO:**   JAMES E. TOUPS
2022 MORNING LAKE DRIVE
LEAGUE CITY, TX 77573

**SENDER:**   Sender  Lelia Stubblefield

**REFERENCE:**   09CV1729-212TH

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.39 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 2.79 |
| | POSTMARK OR DATE | |

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

Citation Personal Service

## CITATION
## THE STATE OF TEXAS
### CASE NO. 09CV1729 - 212TH District Court

**CARNIVAL CORPORATION, ET AL**

Certified Article Number

7160 3901 9845 1293 9397

SENDERS RECORD

VS.

## BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

Issued To: EDDIE JANEK, 7908 CHANNELVIEW DRIVE, GALVESTON, TEXAS 77554

Defendant Greetings:

NOTICE TO DEFENDANT: You have been sued. You may employ an Attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. The **First Amended** petition was filed on the **29TH** day of **October 2009** in cause number **09CV1729** pending before the **212TH District Court** of Galveston County, Texas. See attached **First Amended** Petition for named parties to the suit.

The name and address of the Pro Se party or Attorney: JUSTIN W.R. RENSHAW, 1331 LAMAR, SUITE 1560, HOUSTON, TEXAS 77010

The nature of the demand of the Plaintiff is shown by a true and correct copy of the **First Amended** Petition attached to this citation.

If this citation is not served it shall be returned unserved.
Issued and given under my hand and seal of Court at Office, on NOVEMBER 4, 2009 A.D.
A Status Conference is set for: **12-23-2009 AT 9:00 A.M.**
**Please refer to and complete the attached Status Conference Sheet. Upon completion, please return to Clerk of Court.**

**LATONIA D. WILSON, District Clerk, Galveston County, Texas,**
**600 59th Street, Suite 4001, Galveston, Texas 77551**

By: *Lelia Stubblefield*,
Lelia Stubblefield, Deputy Clerk

=================================================================
## OFFICER'S RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock at _____ M. Executing Within the County of **Galveston**, at _____ o'clock _____ M. on the **10th** day of **Nbvbm**, **2009**. By delivering to the within the named Defendant by serving at: 7908 Channelview Drive, Galveston, Texas 77554

Each in person a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery. Total fee for serving citation $_____

*Latonia D. Wilson*
Name of Officer or Authorized & Disinterested Person
**Galveston**, County, Texas
By: *Lelia Stubbfield* Signature of Deputy of Authorized & Disinterested Person
Authorized & Disinterested person's Verification:
On this the day personally appeared_____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
Sworn to and subscribed before me, on this the _____ day of _____, _____
Notary's Name Printed:_____
Notary Public in and for the State of Texas_____
Commission Expires:_____

11/30/09

LATONIA D. WILSON
CLERK DISTRICT COURT
FILED
11:13am
NOV 09 2009
GALVESTON COUNTY, TEXAS
BY_____ Deputy



7160 3901 9845 1293 9397

2. Article Number

A. Received by (Please Print Clearly)      B. Date of Delivery
11-06

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type:   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

EDDIE JANEK
7908 CHANNELVIEW DRIVE
GALVESTON, TX 77554

**Reference Information**

09CV1729-212TH

Sender  Lelia Stubblefield

PS Form 3811, January 2005          Domestic Return Receipt



7160 3901 9845 1293 9397

**TO:**

EDDIE JANEK
7908 CHANNELVIEW DRIVE
GALVESTON, TX 77554

**SENDER:**

Sender  Lelia Stubblefield

**REFERENCE:**

09CV1729-212TH

PS Form 3800, January 2006

| | | |
|---|---|---|
| Postage | | 0.39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee | | 0.00 |
| Restricted Delivery | | 0.00 |
| Total Postage & Fees | | 2.79 |

RETURN RECEIPT SERVICE

US Postal Service
**Receipt for
Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

Citation Personal Service

# CITATION
## THE STATE OF TEXAS
### CASE NO. 09CV1729 - 212TH District Court

**CARNIVAL CORPORATION, ET AL**

VS.

**BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS**

Issued To: VANDY ANDERSON, 6917 WEIS DRIVE, GALVESTON, TEXAS 77551

Defendant Greetings:

NOTICE TO DEFENDANT: You have been sued. You may employ an Attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. The **First Amended** petition was filed on the **29TH** day of **October 2009** in cause number **09CV1729** pending before the **212TH District Court** of Galveston County, Texas. See attached **First Amended** Petition for named parties to the suit.

The name and address of the Pro Se party or Attorney: JUSTIN W.R. RENSHAW, 1331 LAMAR, SUITE 1560, HOUSTON, TEXAS 77010

The nature of the demand of the Plaintiff is shown by a true and correct copy of the **First Amended** Petition attached to this citation.

If this citation is not served it shall be returned unserved.

Issued and given under my hand and seal of Court at Office, on   NOVEMBER 4, 2009 A.D.

A Status Conference is set for: **12-23-2009 AT 9:00 A.M.**

**Please refer to and complete the attached Status Conference Sheet. Upon completion, please return to Clerk of Court.**

**LATONIA D. WILSON, District Clerk, Galveston County, Texas,**
**600 59th Street, Suite 4001, Galveston, Texas 77551**

By: *Lelia Stubblefield*
Lelia Stubblefield, Deputy Clerk

Certified Article Number

7160 3901 9845 1293 9380

SENDERS RECORD

## OFFICER'S RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock at ____M. Executing Within the County of _Galveston_, at _____ o'clock ____.M. on the _10th_ day of _November_ 2009 .By delivering to the within the named Defendant by serving at: _6917 Weis Drive, Galveston, Texas 77551_

Each in person a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving citation $ _____

Name of Officer or Authorized & Disinterested Person

_Galveston_, County, Texas

By: *Lelia Stubblefield* Signature of Deputy of Authorized & Disinterested Person

Authorized & Disinterested person's Verification:

On this the day personally appeared_____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this the _____ day of _____, _____

Notary's Name Printed:_____

Notary Public in and for the State of Texas _____

Commission Expires:_____

LATONIA D. WILSON
CLERK DISTRICT COURT
FILED
11:13 am
NOV 0 9 2009
GALVESTON COUNTY, TEXAS
BY _____ Deputy

11/30/09

2. Article Number

**7160 3901 9845 1293 9380**

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

VANDY ANDERSON
6917 WEIS DRIVE
GALVESTON, TX 77551

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

**Reference Information**

09CV1729-212TH

Sender  Lelia Stubblefield

PS Form, January 2005

---

**7160 3901 9845 1293 9380**

**TO:**
VANDY ANDERSON
6917 WEIS DRIVE
GALVESTON, TX 77551

**SENDER:**
Sender  Lelia Stubblefield
**REFERENCE:**
09CV1729-212TH

PS Form 3800, January 2005

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.39 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 2.79 |
| | POSTMARK OR DATE | |

Citation Personal Service

# CITATION
## THE STATE OF TEXAS
### CASE NO. 09CV1729 - 212TH District Court

**Certified Article Number**

7160 3901 9845 1293 9366

**SENDERS RECORD**

**CARNIVAL CORPORATION, ET AL**

VS.

## BOARD OF PILOT COMMISSIONERS FOR GALVESTON COUNTY PORTS

Issued To:  DIANE KERKHOVE, 109 ROYAL DRIVE, LEAGUE CITY, TEXAS 77573

Defendant Greetings:

NOTICE TO DEFENDANT: You have been sued.  You may employ an Attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  The **First Amended** petition was filed on the 29**TH** day of **October 2009** in cause number **09CV1729** pending before the **212TH** District Court of Galveston County, Texas.  See attached **First Amended** Petition for named parties to the suit.

The name and address of the Pro Se party or Attorney: JUSTIN W.R. RENSHAW, 1331 LAMAR, SUITE 1560, HOUSTON, TEXAS 77010

The nature of the demand of the  Plaintiff is shown by a true and correct copy of the  **First Amended** Petition attached to this citation.

If this citation is not served it shall be returned unserved.

Issued and given under my hand and seal of Court at Office, on  NOVEMBER 4, 2009 A.D.

A Status Conference is set for: **12-23-2009 AT 9:00 A.M.**

**Please refer to and complete the attached Status Conference Sheet. Upon completion, please return to Clerk of Court.**

**LATONIA D. WILSON, District Clerk, Galveston County, Texas,**
**600 59th Street, Suite 4001, Galveston, Texas 77551**

By: *Lelia Stubblefield*

Lelia Stubblefield, Deputy Clerk

===================================================================
## OFFICER'S RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock at _____M. Executing Within the County of _Galveston_____, at _____ o'clock _____M. on the _18th_ day of _November_ _2009_.By delivering to the within the named Defendant by serving at _109 Royal Ave, league city tx 77573_

Each in person a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery. Total fee for serving citation $ _105_

Name of Officer or Authorized & Disinterested Person

_____, County, Texas

By:_____ Signature of Deputy of Authorized & Disinterested Person

Authorized & Disinterested person's Verification:

On this the day personally appeared_____, known to me to be the person whose signature appears on the foregoing return.  After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this the _____ day of _____, _____

Notary's Name Printed:_____

Notary Public in and for the State of Texas_____

Commission Expires:_____

LATONIA D. WILSON
CLERK DISTRICT COURT
FILED
11: 8am
NOV 0 9 2009
GALVESTON COUNTY, TEXAS
BY



**2. Article Number**

7160 3901 9845 1293 9366

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

DIANE KERKHOVE
109 ROYAL DRIVE
LEAGUE CITY, TX 77573

LEAGUE CITY TX 7757
NOV 6 2009
USPS

**Reference Information**

09CV1729-212TH

Sender  Lelia Stubblefield

PS Form 3811, January 2005          Domestic Return Receipt

---

7160 3901 9845 1293 9366

**TO:** DIANE KERKHOVE
109 ROYAL DRIVE
LEAGUE CITY, TX 77573

**SENDER:** Sender Lelia Stubblefield

**REFERENCE:** 09CV1729-212TH

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.39 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 2.79 |

POSTMARK OR DATE

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**        **DATE OF REQUEST** _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09 CV 1729_ in the _212th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

___✓___ Temporary Restraining Order/Temporary Injunction

**Other – please specify** _____

**ISSUE SERVICE TO:**

Name _Diane Kerkhove_

By serving, it's _____

Address _109 Royal Drive_

City, State, Zip _League City, Tx. 77573_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

___✓___ Call Attorney for pick up @ phone number  _process server_
        _(409) 938-8044 (Evelyn Robison)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # _____ located at address

_____

Date fees paid _____    Amount/Method of payment _____

Signature of attorney requesting issuance of service _____

*Service will not be issued without signature*

_11/10/09    1/8 ETRO @ 8⁰⁰ PP⑤_

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**          **DATE OF REQUEST** _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09CV 1729_          in the _212th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

___✓___ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _JAmes E. Toups_

By serving, it's _____

Address _2022 Morning Lake Drive_

City, State, Zip _League City, TX. 77573_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested
                  _Process Server_
___✓___ Call Attorney for pick up @ phone number
                  _404-938-8044 (Evelyn Robism)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # _____ located at address

_____

Date fees paid _____ Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
                                        *Service will not be issued without signature*

_11/10/09 �ませ 1 TRO @ 8⁰⁰ PP①_

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**       **DATE OF REQUEST** _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09 CV 1729_____ in the _212th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

___✓___ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _Vandy Anderson_____

By serving, it's _____

Address _6917 Weis Drive_____

City, State, Zip _Galveston, Tx. 77551_____

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

___✓___ ~~Call Attorney for pick up @ phone number~~ *Process Server*
       _409-938-8044 (Evelyn Robism)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address
_____

Date fees paid _____       Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
                              *Service will not be issued without signature*

_11/10/09 ~ 11/c TRO @ 8:00 PP_

## STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED

**REQUEST FOR ISSUANCE OF SERVICE**      **DATE OF REQUEST** _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09CV1729_ in the _212th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

___✓___ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _Sally H. Prill_

By serving, it's _____

Address _20 Adler Circle_

City, State, Zip _Galveston, TX. 77551_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

___✓___ ~~Call~~ _Process Server_ ~~Attorney for pick up @ phone number~~
_(409) 938-8044 (Evelyn Robism)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # ____ located at address
_____

Date fees paid _____      Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
                    *Service will not be issued without signature*

_11/10/09 m 1 1/c Tr @ 8°° pp ⑤_

**STAPLE ON OUTSIDE OF FILE UNTIL SERVICE IS ISSUED**

**REQUEST FOR ISSUANCE OF SERVICE**          **DATE OF REQUEST** _11-9-09_

**SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST (each citation, precept or TRO $8.00)**

Case Number _09 CV 1729_ in the _212th_ Court of Galveston County, Texas

**Type of service requested – please check each type when requesting multiple service documents**

_____ Citation (serves copy of Petition)

_____ Precept (serves copy of a hearing/show cause order or other document)

____✓____ Temporary Restraining Order/Temporary Injunction

Other – please specify _____

**ISSUE SERVICE TO:**

Name _Eddie Janek_

By serving, it's _____

Address _7908 Channelview Drive_

City, State, Zip _Galveston, TX. 77554_

**Upon completion of issuance I request that (check only one) the clerk to**

_____ Send to the Galveston County Sheriff

_____ District Clerk to serve via certified mail return receipt requested

____✓____ Call ~~Attorney~~ *Process Server* for pick up @ phone number
_(409) 938-8044 (Evelyn Robism)_

_____ Mail to Attorney at address shown in the petition

_____ Send to the Galveston County Constable's office precinct # _____ located at address
_____

Date fees paid _____          Amount/Method of payment _____

Signature of attorney requesting issuance of service _____
*Service will not be issued without signature*

_11/10/09 ∽ 11k TRO PP@ 84(5)_

CAUSE NO. ___09CV1729___

| | |
|---|---|
| CARNIVAL CORPORATION; | § IN THE DISTRICT COURTS OF |
| ROYAL CARIBBEAN CRUISES, LTD.; | § |
| and THE FLORIDA-CARIBBEAN | § |
| CRUISE ASSOCIATION, | § |
| | § |
| Petitioners | § |
| | § |
| vs. | § GALVESTON COUNTY, TEXAS |
| | § |
| THE BOARD OF PILOT COMMISSIONERS | § |
| FOR GALVESTON COUNTY PORTS; | § |
| VANDY ANDERSON; JAMES E. TOUPS; | § |
| SALLY H. PRILL; EDDIE JANEK; and | § |
| DIANE KERKHOVE, | § |
| | § )12 |
| Respondents. | § ____th JUDICIAL DISTRICT |



## ORIGINAL PETITION FOR JUDICIAL REVIEW

Carnival Corporation; Royal Caribbean Cruises, Ltd.; and the Florida-Caribbean Cruise Association, for their Petition for Judicial Review of proceedings conducted before the Board of Pilot Commissioners for Galveston County Ports (the "Board"), respectfully state as follows:

**A.**
## DISCOVERY CONTROL PLAN

1.      Petitioners intend to conduct discovery in this matter under Level 3. TEX. R. CIV. P. 190.4(a).

**B.**
## PARTIES AND SERVICE OF PROCESS

2.      Petitioner Carnival Corporation ("Carnival") is a Panamanian corporation with offices in Miami, Florida and London, England. Carnival does business in Galveston County through its member line Carnival Cruise Lines. Carnival was an

slc 12-23-09

objecting party at rate proceedings concluded by the Board August 24, 2009 and is otherwise entitled to maintain this action.

3.    Petitioner Royal Caribbean Cruises Ltd. ("Royal Caribbean") is a Liberian corporation with offices in Miami, Florida. Royal Caribbean does business in Galveston County through its member line Royal Caribbean International. Royal Caribbean was an objecting party at rate proceedings concluded by the Board concluded August 24, 2009 and is otherwise entitled to maintain this action.

4.    Petitioner Florida-Caribbean Cruise Association ("FCCA") is a non-profit trade organization of 15 member cruise lines with an office in Pembroke Pines, Florida. The FCCA was an objecting party at rate proceedings concluded by the Board August 24, 2009 and is otherwise entitled to maintain this action.

5.    Respondent Board of Pilot Commissioners for Galveston County Ports is a body existing pursuant to Chapter 67 of the Texas Transportation Code. *See* TEX. TRANSP. CODE §67.011. The Board does not maintain a registered agent for service and, as a result, Petitioners have named the individual Commissioners as additional Respondents only in their capacities as Commissioners. A courtesy copy of this Petition will be served on the Texas Attorney General, whose office has been assisting the Board, at 300 West 15th Street, Austin, Texas 78701, Attn. Mr. James Crowson.

6.    Respondent Vandy Anderson was at all times relevant to this matter the acting Chairman of the Board. Mr. Anderson is being sued in his representative capacity only. Mr. Anderson may be served at 6917 Weis Drive, Galveston, Texas 77551 or wherever he may be found.

7.      Respondent James E. Toups was at all times relevant to this matter serving as a Commissioner of the Board.  Mr. Toups is being sued in his representative capacity only.  Mr. Toups may be served at 2022 Morning Lake Drive, League City, Texas 77573 or wherever he may be found.

8.      Respondent Sally H. Prill was at all relevant times serving as a Commissioner of the Board.  Ms. Prill is being sued in her representative capacity only. Ms. Prill may be served at 20 Adler Circle, Galveston, Texas 77551 or wherever she may be found.

9.      Respondent Eddie Janek was at all relevant times serving as a Commissioner of the Board.  Mr. Janek is being sued in his representative capacity only. Mr. Janek may be served at 7908 Channelview Drive, Galveston, Texas 77554 or wherever he may be found.

10.     Respondent Diane Kerkhove was at all relevant times serving as a Commissioner of the Board.  Ms. Kerkhove is being sued in her representative capacity only.  Ms. Kerkhove may be served at 109 Royal Drive, League City, Texas 77573 or wherever she may be found.

## C.
## JURISDICTION AND VENUE

11.     Jurisdiction and venue are proper in this Court pursuant to Texas Transportation Code §§67.022 and 67.067.

## D.
## BACKGROUND FACTS

12.     On or about May 1, 2009, the Galveston County Pilots, organized as the Galveston-Texas City Pilots (the "Pilots"), filed their Application for Pilotage Rate

Change with the Board seeking, among other things, an increase in charges associated with the so-called "second pilot requirement." See the Pilots' Application for Rate Change (the "Application") at Paragraph XVI, page 8, attached hereto as Exhibit A and incorporated by reference for all purposes.

13.   On May 19 and 20, 2009, the Board of Trustees of the Galveston Wharves (the "Port of Galveston"), the Texas City Terminal Railway Company (the "Port of Texas City"), the West Gulf Maritime Association (the "WGMA"), the FCCA, Carnival, and Royal Caribbean all filed objections to the Pilots' Application. True and correct copies of the various objections are attached hereto as Exhibit B and incorporated by reference for all purposes.

14.   The Board set a hearing on the Pilots' Application as required by Texas Transportation Code §67.063.

15.   Prior to the commencement of the hearing, the Pilots conceded that the "second pilot requirement" was not necessary for cruise ships with a length overall of 1025 feet or less. The Pilots entered into Memoranda of Understanding with both Royal Caribbean and Carnival which provided, among other things, that the parties would submit an agreed tariff to the Board effectively eliminating the second pilot requirement for all cruise ships then calling in Galveston. In exchange, Royal Caribbean and Carnival would withdraw their objections once the agreed tariff was approved by the Board. True and correct copies of the relevant Memoranda of Understanding are attached hereto as Exhibit C and incorporated by reference for all purposes.

16.   Pursuant to their agreements, the Pilots, Carnival and Royal Caribbean submitted an agreed tariff to the Board on July 16, 2009, which was unanimously

4

accepted by the Board without objection. A true and correct copy of the "Agreed Tariff" modifying the second pilot requirement is attached hereto as Exhibit D and incorporated by reference for all purposes.

17.     Based upon the Board's unanimous approval of the Agreed Tariff, Carnival and Royal Caribbean withdrew their objections to the Pilots' Application. The FCCA did not withdraw its objection as it was not a party to the Memoranda and its member lines remained in opposition to the Pilots' requested rate increase.

18.     The Board continued the hearing for several days, during which the Pilots and other objectors presented their evidence. In addition to approving the Agreed Tariff, the Board ultimately voted to grant the Pilots a 5% increase in their tariff rates. However, unbeknownst to the objectors, the tariff rates were adjusted after the fact in an effort to achieve a desired "target revenue" increase, an approach not provided for by the Transportation Code.

19.     The Board posted its order, which included the Agreed Tariff eliminating the second pilot requirement. True and correct copies of the Board's Notice and Order are attached hereto as Exhibit E and incorporated by reference for all purposes.

19.     The Port of Galveston, Port of Texas City, and WGMA objected to the Board's Order, except with respect to the Agreed Tariff on the second pilot requirement. True and correct copies of the relevant objections are attached hereto as Exhibit F and incorporated by reference for all purposes.

20.     After considering the objections and after further hearing, the Board issued yet another order, which again included the Agreed Tariff eliminating the second

pilot requirement. A true and correct copy of the Board's second Notice and Order are attached hereto as Exhibit G and incorporated by reference for all purposes.

21.     Again, numerous parties objected to the proposed order, except with respect to the second pilot concession. True and correct copies of the relevant objections are attached hereto as Exhibit H and incorporated by reference for all purposes.

22.     Apparently not content with the course of the proceedings, on August 24, 2009, the Pilots withdrew their Application.

23.     Based upon the withdrawal, the Chairman of the Board, without calling for a vote or discussion, indicated that the Agreed Tariff eliminating the second pilot requirement would have no effect, notwithstanding the fact that the Agreed Tariff had been unanimously approved by the Board and the Board had taken absolutely no action whatsoever to vacate its prior order approving the Agreed Tariff.

## E.
## GROUNDS FOR JUDICIAL REVIEW

24.     Petitioners file this Petition for Judicial Review asking that the District Court render judgment that the Agreed Tariff eliminating the second pilot requirement is valid and enforceable and that the second pilot requirement should be eliminated for cruise ships with LOA of 1025 feet or less. The Agreed Tariff eliminating the second pilot requirement was the sole item of agreement between the parties and the Board unanimously approved it without objection. The Board has prejudiced the rights of the Petitioners by its failure to act in a manner consistent with its own ruling and by its failure to comply with the Texas Transportation Code.

25.     Additionally, evidence exists that the Board violated the Texas Open Meetings Act after the Agreed Tariff was unanimously approved by secretly meeting

with the Pilots in an apparent effort to craft tariff increases to account for revenues lost as a result of the Agreed Tariff. The Board sets rates, not revenues. Furthermore, the Board cannot delegate its rule making authority to third parties, particularly the Pilots over whom it is supposed to preside. The Board's actions in this regard violate Texas law and greatly undermine the public trust.

26.    Additionally, the Board's actions are not reasonably supported by substantial evidence. Although the Pilots have maintained until quite recently that the second pilot requirement is necessary for safety, it is not a safety issue and is instead a simple money grab emboldened by a state-sanctioned monopoly. The Pilots' concession in the context of rate hearings, which are purely financial, confirms that safety is not a factor on this issue. Furthermore, vessel owners and operators are primarily responsible for the safety of their equipment, the environment, their personnel, and their passengers whereas, in contrast, the Pilots are insulated from liability by statute and are largely unaccountable for safety issues.

27.    The Board's actions are also arbitrary, capricious and constitute an abuse of discretion. The Board cannot effectively vacate its order approving the Agreed Tariff without proper reconsideration, which was entirely lacking here. The Board's actions were undertaken without any appropriate guiding principles and were instead simply deferential to the dictates of the Pilots.

## F.
## CONCLUSION

For the foregoing reasons, Petitioners Carnival Corporation, Royal Caribbean Cruises Ltd. and the Florida-Caribbean Cruise Association respectfully request that the Court, after review, enter an order that the Agreed Tariff is valid and enforceable, that the

second pilot requirement should be eliminated for cruise ships of 1025 feet LOA and less, and that the Board's inaction after the Pilots withdrew their Application constituted an abuse of discretion in violation of Texas law, wholly unsupported in the face of substantial evidence to the contrary. Petitioners further request such other relief, at law or in equity, to which they may be entitled.

Respectfully submitted,

FOWLER RODRIGUEZ VALDES-FAULI

Justin W. R. Renshaw
Texas Bar No. 24013392
1331 Lamar, Suite 1560
Houston, Texas 77010
Phone: 713-654-1560
Fax:   713-654-7930
jrenshaw@frvf-law.com

*Attorneys for Carnival Corporation,
Royal Caribbean Cruises, Ltd. and
The Florida-Caribbean Cruise Assoc.*